FORM B5(12/03)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**K&R Express Systems, Inc.** | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
|---|---|

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>**36-406-5259** | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**15W460 Frontage Road**<br>**Hinsdale, IL 60521** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>INVOLUNTARY |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**DuPage** | |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**Rally Capital Services, LLC, 435 North LaSalle Street, Suite 301, Chicago, Illinois 60610**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual         ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
■ Corporation        ☐ Railroad
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Transportation**

**VENUE**

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
    or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/15/2004
Time: 16:49:32
Debtor: K&R EXPRESS SYSTEMS INC
Case: 04-15074      Fee : 209
Chapter: 7 Rec. # : 3075450
Judge: John Squires
341 mtg: 06/02/2004 @ 03:30PM
Trustee: TOM VAUGHN

1:04BK15074-BK001
```

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form sp*
*Reform Act of 1994, no fee is required.*

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Name of Debtor: **K&R Express Systems, Inc.**

FORM 5 Involuntary Petition (6/92)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

**Central States, Southeast and Southwest**           April 15, 2004
Name of Petitioner                                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Robert A. Coco, Associate Gen'l Counsel
9377 West Higgins Road
Rosemont, IL 60018-4938**

X _[signature]_                                       April 15, 2004
Signature of Attorney                                 Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)
**c/o Kathleen H. Klaus
321 North Clark Street
Suite 800
Chicago, IL 60610**
Address
Telephone No. **312-541-0151**

---

X _[signature]_
Signature of Petitioner or Representative (State title)

**Local 705 International Brotherhood of**           April 15, 2004
Name of Petitioner                                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**1645 West Jackson
Chicago, IL 60612**

X _[signature]_                                       April 15, 2004
Signature of Attorney                                 Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)
**c/o Kathleen H. Klaus
321 North Clark Street
Suite 800
Chicago, IL 60610**
Address
Telephone No. **312-541-0151**

---

X _[signature]_
Signature of Petitioner or Representative (State title)

**Local 705 International Brotherhood of**           April 15, 2004
Name of Petitioner                                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**1645 West Jackson
Chicago, IL 60612**

X _[signature]_                                       April 15, 2004
Signature of Attorney                                 Date

**Shaw Gussis Fishman Glantz Wolfson & Tow**
Name of Attorney Firm (If any)
**c/o Kathleen H. Klaus
321 North Clark Street
Suite 800
Chicago, IL 60610**
Address
Telephone No. **312-541-0151**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Central States, Southeast and Southwest Areas Pension Fund** | delinquent fringe benefit contribution | 255,569.90 |
| **Local 705 International Brotherhood of Teamsters Health and Welfare Fund**<br>1645 W. Jackson<br>Chicago, IL 60612 | delinquent fringe benefit contribution | 32,384.00 |
| **Local 705 International Brotherhood of Teamsters Pension Fund**<br>1645 W. Jackson<br>Chicago, IL 60612 | delinquent fringe benefit contribution | 42,861.36 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>330,815.26 |

_____0_____ continuation sheets attached