**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **No. 04 B 15074** |
| | ) | **Chapter 7** |
| **K&R EXPRESS SYSTEMS, INC.,** | ) | **Judge John H. Squires** |
| | ) | |
| Debtor. | ) | Hearing Date: February 17, 2009 |
| | ) | Hearing Time:    9:30 a.m. |

**ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF
EXPENSES TO DEVELOPMENT SPECIALISTS, INC.**

This matter having been presented upon the Fourth and Final Application of Development Specialists, Inc. ("DSI") for Allowance of Compensation and Reimbursement of Expenses (the "Application")[1]; due and adequate notice of the Application having been given to creditors and parties in interest; the Court having jurisdiction over the subject matter of and the parties to the Application; the Court having heard from all interested parties, the Court having reviewed the Application, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT**:

1.    DSI is allowed compensation for the period of February 1, 2008 through December 31, 2008 for actual and necessary consulting services provided to the Chapter 7 Trustee in the amount of $_____ (the "Allowed Compensation");

2.    The Trustee is authorized and directed to pay to DSI $_____ forthwith in satisfaction of the Allowed Compensation from the available estate funds.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

{4585 ORD A0224211.DOC}

3. The interim awards of compensation and reimbursement of expenses to DSI entered on September 14, 2006, April 23, 2007 and March 27, 2008 in aggregate amount of $_____, including the Allowed Compensation, are hereby approved as final awards.

Dated: _____   _____
UNITED STATES BANKRUPTCY JUDGE

Order prepared by:

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
312.541.0151

{4585 ORD A0224211.DOC}