**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br> K AND R EXPRESS SYSTEMS INC, <br> K AND R EXPRESS SYSTEMS INC <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 04-15074 JS <br><br> JUDGE JOHN SQUIRES |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:    HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, pursuant to 11 U.S.C. §330, and requests $113,106.60 as compensation, $90,462.41 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $2,995,220.06.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $         1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $         4,500.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $        47,500.00 | ($47,500.00 maximum) |
| 3% of balance | $        59,856.60 | |
| TOTAL COMPENSATION | $       113,106.60** | |

**\*\* PREVIOUSLY PAID $90,462.41 BALANCE OF $22,644.19**

II.  TRUSTEE'S EXPENSES

TOTAL EXPENSES                                                      $                0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

**EXHIBIT E**

Executed this 28^(TH) day of April , 20 10

      /s/David E. Grochocinski
      SIGNATURE
      DAVID GROCHOCINSKI, TRUSTEE
      1900 RAVINIA PLACE
      ORLAND PARK, IL  60462
      Telephone # (708) 226-2700

**EXHIBIT E**

Executed this 28^(TH) day of April , 20 10