# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: K AND R EXPRESS SYSTEMS INC, | § | Case No.  04-15074-JS |
| K AND R EXPRESS SYSTEMS INC | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court

219 S. Dearborn Street

Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 06/25/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse

505 N. County Farm Road

DuPage, IL  60187.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/24/2010          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                            Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: K AND R EXPRESS SYSTEMS INC, | § | Case No. 04-15074-JS |
| K AND R EXPRESS SYSTEMS INC | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  2,995,990.24 |
| *and approved disbursements of* | $  2,217,500.82 |
| *leaving a balance on hand of* [1] | $  778,489.42 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $  22,665.60 | $ |
| Attorney for trustee | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | $  21,771.00 | $  480.60 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $  18,902.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $_____ | $_____ |
| Attorney for | $_____ | $_____ |
| Accountant for | $_____ | $_____ |
| Appraiser for | $_____ | $_____ |
| Other | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,424,015.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | JP MORGAN CHASE | $ 302,392.35 | $ 177,383.62 |
| _____ | JP MORGAN CHASE | $ 74,993.30 | $ 43,991.14 |
| _____ | JP MORGAN CHASE | $ 17,538.22 | $ 10,287.94 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 36,287.13 | $ 21,286.06 |
| _____ | JP MORGAN CHASE | $ 74,993.30 | $ 0.00 |
| _____ | JP MORGAN CHASE | $ 17,538.22 | $ 0.00 |
| _____ | UNITED STATES TREASURY | $ 9,676.56 | $ 0.00 |
| _____ | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | $ 37,497.69 | $ 0.00 |
| _____ | JP MORGAN CHASE | $ 5,403.53 | $ 0.00 |
| _____ | JP MORGAN CHASE | $ 1,263.73 | $ 0.00 |
| _____ | UNITED STATES TREASURY | $ 697.22 | $ 0.00 |
| _____ | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | $ 2,701.77 | $ 0.00 |
| 4 | Jankuski, Robert J Jr | $ 1,799.75 | $ 1,055.73 |
| 5 | Ostaszewski, Peter | $ 3,169.24 | $ 1,859.08 |
| 6 | Ostaszewski, Peter | $ 2,767.05 | $ 1,623.15 |
| 7 | Corley, Duane | $ 1,321.86 | $ 775.40 |
| 11P | Local 705 IBT Health & Welfare Fund | $ 32,638.80 | $ 0.00 |
| | Local 705 IBT Health & Welfare | | |

| | | | |
|---|---|---|---|
| 12 | Fund | $ 32,454.40 | $ 0.00 |
| 13 | Carrano, Paul T | $ 3,169.24 | $ 1,859.08 |
| 14 | Greenberg, Ray | $ 1,433.74 | $ 841.03 |
| 15 | Columbian Distrubution Svs Inc | $ 4,860.00 | $ 4,860.00 |
| 18P | Bernard, Jr, Bernard J | $ 3,169.24 | $ 1,859.08 |
| 25 | Hocker, Ronald E | $ 627.33 | $ 367.99 |
| 30 | Klong, Lawrence | $ 2,114.23 | $ 1,240.21 |
| 36 | DAWSON, WILLIAM L | $ 2,051.14 | $ 1,203.20 |
| 41 | Parquet, Laurie J | $ 1,608.75 | $ 943.69 |
| 45 | Zeman, Robert | $ 927.93 | $ 544.32 |
| 46 | Kevin Gleich | $ 3,169.24 | $ 1,859.08 |
| 49 | Donna Mae Jones | $ 2,109.75 | $ 1,237.58 |
| 50 | MILLS, MICHAEL J, ESQ | $ 15,629.64 | $ 0.00 |
| 52 | Ecklund, Kathleen | $ 1,685.97 | $ 988.99 |
| 53 | Giampa, Ronald W | $ 3,169.24 | $ 1,859.08 |
| 54 | GLASPIE, STUART | $ 2,399.09 | $ 1,407.31 |
| 58 | Moore, Brian | $ 334.10 | $ 195.98 |
| 60 | Richard E Drury | $ 3,067.67 | $ 1,799.50 |
| 61 | IAM NATIONAL PENSION FUND | $ 5,766.40 | $ 0.00 |
| 62 | EDWARD J Swan | $ 1,897.73 | $ 1,113.21 |
| 65 | CENTRAL STATES SOUTHEAST & | $ 364,923.46 | $ 0.00 |
| 66 | Central States Southeast & Southwest Areas | $ 125,280.42 | $ 0.00 |
| 69P | ROSEVILLE T.L. II, LLC | $ 29,266.23 | $ 0.00 |
| 72P | INDIANA DEPARTMENT OF REVENUE | $ 64,545.27 | $ 0.00 |
| 73 | Illinois Dept of Employment Security | $ 204,221.07 | $ 0.00 |
| 74 | Walcott, Paul | $ 3,162.32 | $ 1,855.02 |
| 80 | Merchandise Warehouse Co Inc | $ 7,916.65 | $ 0.00 |
| 85 | Ohio Bureau of Workers' Compensation | $ 165,655.14 | $ 0.00 |
| 105P | CANZONA, JAMES | $ 1,537.02 | $ 901.62 |
| 106 | DAVIS, AROONRATANA | $ 3,169.24 | $ 1,859.08 |

| | | | |
|---|---|---|---|
| 107 | Smith, Michael D | $ 1,651.16 | $ 968.57 |
| 116 | Carrano, John | $ 1,358.43 | $ 796.86 |
| 124 | Moll, James | $ 1,814.96 | $ 1,064.66 |
| 132 | Weigand, Scott R | $ 3,169.24 | $ 1,859.08 |
| 133 | WELLS, HOWARD | $ 424.71 | $ 249.14 |
| 134 | Kountz, William | $ 3,035.63 | $ 1,780.70 |
| 138 | THOMAS BORGERT | $ 703.89 | $ 412.90 |
| 142 | HOFFARTH, DALE | $ 1,078.63 | $ 632.73 |
| 143 | HOFFMAN, CHARLIE | $ 2,994.11 | $ 1,756.35 |
| 156 | Paulsen, Peter L | $ 3,169.24 | $ 1,859.08 |
| 157 | Renner, Phillip W | $ 3,169.24 | $ 1,859.08 |
| 158 | JEFFREY BUKOVATZ | $ 3,169.24 | $ 1,859.08 |
| 159 | CITY OF SHARONVILLE | $ 1,646.71 | $ 0.00 |
| 174P | ILLINOIS POWER | $ 218.69 | $ 218.69 |
| 175 | GERLING, LARRY | $ 1,100.85 | $ 645.76 |
| 178 | KOPERA, JOYCE | $ 2,291.68 | $ 1,344.30 |
| 179 | NELSON, DAVID | $ 3,169.24 | $ 1,859.08 |
| 186P | Teamsters Union Local No 142 Pension Fund | $ 356.00 | $ 0.00 |
| 187 | DAUGHERTY, KIRK | $ 1,284.05 | $ 753.22 |
| 200 | THOMAS M. KUMP | $ 2,683.05 | $ 1,573.88 |
| 201 | FILIPOVICH, MARKO | $ 3,169.24 | $ 1,859.08 |
| 207 | BATCHELOR, BRUCE | $ 884.17 | $ 518.65 |
| 220 | Illinois Department of Revenue | $ 1,903.13 | $ 0.00 |
| 226P-2 | Kentucky Department of Revenue | $ 5,849.73 | $ 0.00 |
| 231 | SMITH, LISA L | $ 2,106.72 | $ 1,235.80 |
| 253 | ZUNIGA, FELIPE | $ 1,314.67 | $ 771.19 |
| 263 | HALL, ROBERT J | $ 1,939.51 | $ 1,137.72 |
| 266 | WALSH, JOHN | $ 771.04 | $ 452.29 |
| 267 | ANNESE, VICTORIA | $ 3,088.80 | $ 1,811.89 |
| 269 | Smith, Jr James F | $ 1,278.54 | $ 749.99 |
| 271 | Hocker, Charles R | $ 1,873.54 | $ 1,099.02 |
| 272 | TYLICKI, ALICE | $ 810.81 | $ 475.62 |
| 274 | RONALD A LEGGETT/COLLECTOR REV | $ 983.44 | $ 0.00 |

| 280 | GERALD MICHNO | $ | 1,287.00 | $ | 754.96 |
| 283 | Wheeler, Alan P | $ | 3,169.24 | $ | 1,859.08 |
| 287 | GWIZDALA, JOHN | $ | 1,959.26 | $ | 1,149.30 |
| 299 | Sharpe, Thomas | $ | 1,994.85 | $ | 1,170.18 |
| 301 | STACK, ALBIN | $ | 2,212.02 | $ | 1,297.57 |
| 303 | FLESVIG, DAWN | $ | 2,726.34 | $ | 1,599.27 |
| 307P | MADIGAN, MICHAEL | $ | 3,169.24 | $ | 1,859.08 |
| 309 | Bobby L Ashley | $ | 2,829.63 | $ | 1,659.86 |
| 310 | Karen Steffen | $ | 1,399.61 | $ | 821.01 |
| 316 | Stadler, Frederick | $ | 1,388.78 | $ | 814.66 |
| 326P | Andejeski, Gerald | $ | 3,169.24 | $ | 1,859.08 |
| 327 | AGGRESSIVE MEDICAL COST | $ | 3,698.98 | $ | 0.00 |
| 328 | Kowalski, Christopher M | $ | 752.89 | $ | 441.65 |
| 329 | SHAUGHNESSY, DENISE | $ | 2,761.16 | $ | 1,619.70 |
| 332P | Local 710 Pension Fund | $ | 239,457.20 | $ | 0.00 |
| 333 | Local 710 Pension Fund | $ | 92,164.40 | $ | 0.00 |
| 334 | Dills, Tommy | $ | 3,169.24 | $ | 1,859.08 |
| 335 | Mizanin, Jr Michael O | $ | 3,169.24 | $ | 1,859.08 |
| 336P | Department of the Treasury - IRS | $ | 44,710.89 | $ | 0.00 |
| 338 | WILLIAM GARRETT | $ | 2,037.64 | $ | 1,195.28 |
| 343P | Johnson, Mackie W Sr | $ | 3,169.24 | $ | 1,859.08 |
| 344P | Pieizynski, Gregg | $ | 3,169.24 | $ | 1,859.08 |
| 347P | MCAREAVEY, ROBERT | $ | 3,169.24 | $ | 1,859.08 |
| 349P | Smith, Jon S | $ | 3,169.24 | $ | 1,859.08 |
| 353P | Brown, Paul D | $ | 3,169.24 | $ | 1,859.08 |
| 354P | Frederick, Raymond | $ | 3,169.24 | $ | 1,859.08 |
| 355 | Huffer, Anthony A | $ | 3,169.24 | $ | 1,859.08 |
| 356P | Hall, John D | $ | 3,169.24 | $ | 1,859.08 |
| 357 | Maves, John | $ | 3,169.24 | $ | 1,859.08 |
| 358P | Nash, David G | $ | 3,169.24 | $ | 1,859.08 |
| 359P | O'Donnell, Daniel P | $ | 3,169.24 | $ | 1,859.08 |
| 362 | GALASON, RONALD | $ | 3,169.24 | $ | 1,859.08 |
| 364 | Michino, Gerald Jr | $ | 787.89 | $ | 462.18 |
| 365P | Mazzuca, Michael R | $ | 3,169.24 | $ | 1,859.08 |

| 366P | Childress, Delbert A | $ 3,169.24 | $ 1,859.08 |
|---|---|---|---|
| 368P | Bauser, Joseph John | $ 3,169.24 | $ 1,859.08 |
| 370P | Nicholas Meyers | $ 3,169.24 | $ 1,859.08 |
| 371P | Doyle, Sherry | $ 3,169.24 | $ 1,859.08 |
| 372P | Scott, Ricky A | $ 3,169.24 | $ 1,859.08 |
| 374P | Dawne Villa | $ 3,169.24 | $ 1,859.08 |
| 375P | Jonathan Berning | $ 3,169.24 | $ 1,859.08 |
| 376P | Heater, Charles B | $ 3,169.24 | $ 1,859.08 |
| 377P | Kenneth F Pavlis Jr | $ 3,169.24 | $ 1,859.08 |
| 378P | Jarrell, David | $ 3,169.24 | $ 1,859.08 |
| 379P | Vangelos, Tony | $ 3,169.24 | $ 1,859.08 |
| 380P | Randy Marciano | $ 3,169.24 | $ 1,859.08 |
| 381P | TIMOTHY HARTNETT | $ 3,169.24 | $ 1,859.08 |
| 382P | Mormino, Michael | $ 3,169.24 | $ 1,859.08 |
| 383P | Russell P Portis | $ 3,169.24 | $ 1,859.08 |
| 384P | Lang, Daniel J | $ 3,169.24 | $ 1,859.08 |
| 386P | Edwards, GLen | $ 3,169.24 | $ 1,859.08 |
| 387P | Timothy F Semerau | $ 3,169.24 | $ 1,859.08 |
| 388P | MASSEY, TIMOTHY | $ 3,169.24 | $ 1,859.08 |
| 389P | Victoria Marek | $ 3,169.24 | $ 1,859.08 |
| 390P | Adela L Kraus | $ 3,169.24 | $ 1,859.08 |
| 391P | EDWARD SMITH | $ 3,169.24 | $ 1,859.08 |
| 392P | Robin Miller | $ 3,169.24 | $ 1,859.08 |
| 393P | Weigand, Walter | $ 3,169.24 | $ 1,859.08 |
| 394P | Feldman, Brian | $ 3,169.24 | $ 1,859.08 |
| 395P | Joseph Franczyk | $ 3,169.24 | $ 1,859.08 |
| 396P | SCOTT KOZICKI | $ 3,169.24 | $ 1,859.08 |
| 397P | YATES, STEVEN | $ 3,169.24 | $ 1,859.08 |
| 398P | Weller, Gerald | $ 3,169.24 | $ 1,859.08 |
| 399P | DONALD W ZWADE | $ 3,169.24 | $ 1,859.08 |
| 400P | Shear, Charles T | $ 3,169.24 | $ 1,859.08 |
| 401P | Wheeler, Phil E | $ 3,169.24 | $ 1,859.08 |
| 402P | Uhl, John | $ 3,169.24 | $ 1,859.08 |
| 403P | AL GOSS | $ 3,169.24 | $ 1,859.08 |
| 404P | Giusti, Joseph | $ 3,169.24 | $ 1,859.08 |

| | | | |
|---|---|---|---|
| 405P | Verburg, Gary | $ 3,169.24 | $ 1,859.08 |
| 406P | Oblazny, Gerard | $ 3,169.24 | $ 1,859.08 |
| 407P | MOORE, WILLIE | $ 3,169.24 | $ 1,859.08 |
| 408P | McEvoy, Ivan | $ 3,169.24 | $ 1,859.08 |
| 410P | Jack Matson | $ 3,169.24 | $ 1,859.08 |
| 411P | LAWRENCE, RICK | $ 3,169.24 | $ 1,859.08 |
| 412P | Charles A Michael | $ 3,169.24 | $ 1,859.08 |
| 413P | Buchanan, Mark | $ 3,169.24 | $ 1,859.08 |
| 414P | MICHAEL WYSOCKI | $ 3,169.24 | $ 1,859.08 |
| 415P | David J Decker | $ 3,169.24 | $ 1,859.08 |
| 416P | Marvin John Rodriquez | $ 3,169.24 | $ 1,859.08 |
| 417P | Darrell Couch | $ 3,169.24 | $ 1,859.08 |
| 418P | Smith, Ty R | $ 3,169.24 | $ 1,859.08 |
| 419P | Patrick D McCabe | $ 3,169.24 | $ 1,859.08 |
| 420P | Charles W Warning | $ 3,169.24 | $ 1,859.08 |
| 421P | Wolfgram, Daniel | $ 3,169.24 | $ 1,859.08 |
| 422P | Jagodzinski, Edward | $ 3,169.24 | $ 1,859.08 |
| 423P | Mateo, Noel A | $ 3,169.24 | $ 1,859.08 |
| 424P | Hiram Torres | $ 3,169.24 | $ 1,859.08 |
| 425P | KLUSACEK, DAVID | $ 3,169.24 | $ 1,859.08 |
| 426P | EDWARD J Swan | $ 3,169.24 | $ 1,859.08 |
| 427P | Terrance Lamar Nickson | $ 3,169.24 | $ 1,859.08 |
| 428P | Thomas Stahl | $ 3,169.24 | $ 1,859.08 |
| 429P | Longacre, Timothy | $ 3,169.24 | $ 1,859.08 |
| 430P | Mark T Busseni | $ 3,169.24 | $ 1,859.08 |
| 431 | Layne Oscar | $ 104.52 | $ 61.31 |
| 432P | Todd Moore Sr | $ 3,169.24 | $ 1,859.08 |
| 434P | Daniel C McPherson | $ 3,169.24 | $ 1,859.08 |
| 435 | KLEIN, LISA | $ 1,687.42 | $ 989.84 |
| 436P | Mayer, Wayne G | $ 3,169.24 | $ 1,859.08 |
| 437P | Larry Bireley | $ 3,169.24 | $ 1,859.08 |
| 438P | Frye, Randy | $ 3,169.24 | $ 1,859.08 |
| 439P | Mark W Behling | $ 3,169.24 | $ 1,859.08 |
| 440P | Brian Kip Wilson | $ 3,169.24 | $ 1,859.08 |
| 441P | Mario Galvan | $ 3,169.24 | $ 1,859.08 |

| | | | |
|---|---|---|---|
| 442 | DUANE STREAUFERT | $ 3,169.24 | $ 1,859.08 |
| 443P | Thomas Gartner | $ 3,169.24 | $ 1,859.08 |
| 444P | Vance Arnold | $ 3,169.24 | $ 1,859.08 |
| 445P | Michael S Wozney | $ 3,169.24 | $ 1,859.08 |
| 446 | Lauren M Benard | $ 3,169.24 | $ 1,859.08 |
| 447P | Arnold, Kenneth J | $ 3,169.24 | $ 1,859.08 |
| 448P | TODD COLLMAN | $ 3,169.24 | $ 1,859.08 |
| 449P | BEHUN, PAUL | $ 3,169.24 | $ 1,859.08 |
| 450P | Mary F Furlong | $ 3,169.24 | $ 1,859.08 |
| 451P | Kowaleski, Jodi | $ 3,169.24 | $ 1,859.08 |
| 453P | DOLLE, MARK | $ 3,169.24 | $ 1,859.08 |
| 454P | Gillespie, Larry Allen | $ 3,169.24 | $ 1,859.08 |
| 455P | ENZENBACKER, K | $ 3,169.24 | $ 1,859.08 |
| 456P | Thomas R Jost | $ 3,169.24 | $ 1,859.08 |
| 457P | Draper, Vince | $ 3,169.24 | $ 1,859.08 |
| 458P | Karen P Mysliwiec | $ 3,169.24 | $ 1,859.08 |
| 459P | Ronald D Essenprias | $ 3,169.24 | $ 1,859.08 |
| 460P | Michael R Carroll | $ 3,169.24 | $ 1,859.08 |
| 461P | Jindra, Thomas J | $ 3,169.24 | $ 1,859.08 |
| 462P | Duttko, Kenneth | $ 3,169.24 | $ 1,859.08 |
| 463P | BRIAN CLARK | $ 3,169.24 | $ 1,859.08 |
| 464P | Morrison, Thomas Kenneth | $ 3,169.24 | $ 1,859.08 |
| 465P | HERBERT, JAMES | $ 3,169.24 | $ 1,859.08 |
| 466 | Thomas M Swiatowie | $ 1,093.95 | $ 641.71 |
| 467P | Gruszczynski, Donald | $ 3,169.24 | $ 1,859.08 |
| 468P | Michael S Getty | $ 3,169.24 | $ 1,859.08 |
| 469P | MICHAEL GETCH | $ 3,169.24 | $ 1,859.08 |
| 470P | JOHN MCCARTHY | $ 3,169.24 | $ 1,859.08 |
| 471P | ROBIN GOLDMAN | $ 3,169.24 | $ 1,859.08 |
| 472P | Jerry Arnold | $ 3,169.24 | $ 1,859.08 |
| 473P | Teamsters National Freight Industry | $ 1,551,375.00 | $ 0.00 |
| 474P | CHRISTINE EGBERT | $ 3,169.24 | $ 1,859.08 |
| 475P | Brian Paulson | $ 3,169.24 | $ 1,859.08 |
| 476P | Thomas Mertz | $ 3,169.24 | $ 1,859.08 |

| | | | |
|---|---|---|---|
| 477P | Cole, David | $ 3,169.24 | $ 1,859.08 |
| 478P | Garza, Adrian | $ 3,169.24 | $ 1,859.08 |
| 479P | Kenneth F Wich Jr | $ 3,169.24 | $ 1,859.08 |
| 480P | Lucas, Stephen H | $ 3,169.24 | $ 1,859.08 |
| 481P | Samuel Reed | $ 3,169.24 | $ 1,859.08 |
| 482P | Lund, Gary R | $ 3,169.24 | $ 1,859.08 |
| 483P | Banas, John | $ 3,169.24 | $ 1,859.08 |
| 484P | Leonhardt, James | $ 3,169.24 | $ 1,859.08 |
| 485P | BIESE, JAMES E | $ 3,169.24 | $ 1,859.08 |
| 486P | James D Kelly | $ 3,169.24 | $ 1,859.08 |
| 487P | Burts, Clence Jr | $ 3,169.24 | $ 1,859.08 |
| 488P | Carlborg, Timothy R | $ 3,169.24 | $ 1,859.08 |
| 489P | LEHR, DAVE | $ 3,169.24 | $ 1,859.08 |
| 490P | WALTER RICHARDSON | $ 3,169.24 | $ 1,859.08 |
| 491P | Cloyd Moyer | $ 3,169.24 | $ 1,859.08 |
| 492P | Falash Jr, Richard E | $ 3,169.24 | $ 1,859.08 |
| 493P | PLATZER, BRUCE | $ 3,169.24 | $ 1,859.08 |
| 494P | Michael P Stachurski | $ 3,169.24 | $ 1,859.08 |
| 495P | Wilks, Nick | $ 3,169.24 | $ 1,859.08 |
| 496P | Dunfee, Marc A | $ 3,169.24 | $ 1,859.08 |
| 497P | John Kunze | $ 3,169.24 | $ 1,859.08 |
| 499P | Stepka, Joseph Michael | $ 3,169.24 | $ 1,859.08 |
| 500P | Vollman D Robert | $ 3,169.24 | $ 1,859.08 |
| 501P | Enrique C. Frausto | $ 3,169.24 | $ 1,859.08 |
| 502P | Terry T. Sharon | $ 3,169.24 | $ 1,859.08 |
| 503P | Schemmer, Susan R | $ 3,169.24 | $ 1,859.08 |
| 504P | HOMYAK, DANIEL | $ 3,169.24 | $ 1,859.08 |
| 505P | Fisher, Sam E | $ 3,169.24 | $ 1,859.08 |
| 506P | Wade Klaffer | $ 3,169.24 | $ 1,859.08 |
| 507P | Stribling, Kenneth W | $ 3,169.24 | $ 1,859.08 |
| 508P | Rynkus, Robert E | $ 3,169.24 | $ 1,859.08 |
| 509P | Deerr, Ronald C | $ 3,169.24 | $ 1,859.08 |
| 510P | Bruce D. Pardue | $ 3,169.24 | $ 1,859.08 |
| 512P | ESTRADA, GLEN | $ 3,169.24 | $ 1,859.08 |
| 513P | Hanley, Steven | $ 3,169.24 | $ 1,859.08 |

| | | | |
|---|---|---|---|
| 514P | EDWARD LEITELT | $ 3,169.24 | $ 1,859.08 |
| 515P | Anderson, Randall Sr | $ 3,169.24 | $ 1,859.08 |
| 516P | Fraser, Robert G Jr | $ 3,169.24 | $ 1,859.08 |
| 517P | Halvorsen, Gary | $ 3,169.24 | $ 1,859.08 |
| 518 | MARTINEZ, ANGELO | $ 3,169.24 | $ 1,859.08 |
| 519 | Mills, Geroge | $ 3,169.24 | $ 1,859.08 |
| 520P | Falvey, Dennis | $ 3,169.24 | $ 1,859.08 |
| 521P | Gamino, Arthur | $ 3,169.24 | $ 1,859.08 |
| 522P | Durkin, Thomas | $ 3,169.24 | $ 1,859.08 |
| 525P | Byron, Timothy | $ 3,169.24 | $ 1,859.08 |
| 527P | Sotir, Michael | $ 3,169.24 | $ 1,859.08 |
| 528P | Thompson, Edward | $ 3,169.24 | $ 1,859.08 |
| 529P | Bloom, Charles | $ 3,169.24 | $ 1,859.08 |
| 530 | Kolar, Kenneth | $ 3,169.24 | $ 1,859.08 |
| 531 | LITTLEJOHN, BRIAN | $ 927.93 | $ 544.32 |
| 532 | Automobile Mechanical Local 701 | $ 69,152.64 | $ 0.00 |
| 533P | HOLLICK, JOHN E | $ 3,169.24 | $ 1,859.08 |
| 534P | Ecklund, Kathleen | $ 3,169.24 | $ 1,859.08 |
| 535 | Nelson, Ronald W | $ 3,169.24 | $ 1,859.08 |
| 536 | Baker, John | $ 3,169.24 | $ 1,859.08 |
| 541P | Smith, Michael | $ 3,169.24 | $ 1,859.08 |
| 544 | ST CLAIR, THOMAS | $ 2,083.96 | $ 1,222.45 |
| 545P | Matlock, Donald | $ 3,169.24 | $ 1,859.08 |
| 546P | ELSINGER, DALE | $ 3,169.24 | $ 1,859.08 |
| 547P | Koenen, Benjamin David | $ 3,169.24 | $ 1,859.08 |
| 548P | Pyzik, Timohy R Sr | $ 3,169.24 | $ 1,859.08 |
| 549P | Salgado, Ponciano | $ 3,169.24 | $ 1,859.08 |
| 550P | Schmidt, James E | $ 3,169.24 | $ 1,859.08 |
| 551P | Storm, Frank E | $ 3,169.24 | $ 1,859.08 |
| 552P | Crawford, Bernard | $ 3,169.24 | $ 1,859.08 |
| 553P | Jankowski, Leon J | $ 3,169.24 | $ 1,859.08 |
| 554P | DiCristina, Michael | $ 3,169.24 | $ 1,859.08 |
| 555P | Daly, Steven | $ 3,169.24 | $ 1,859.08 |
| 556P | Lattin, Robert M | $ 3,169.24 | $ 1,859.08 |

| | | | |
|---|---|---|---|
| 557P | Cortez, Paul | $ 3,169.24 | $ 1,859.08 |
| 558P | Gentry, John | $ 3,169.24 | $ 1,859.08 |
| 559P | Behrend, David E | $ 3,169.24 | $ 1,859.08 |
| 560P | Jones, Harry | $ 3,169.24 | $ 1,859.08 |
| 561P | Simmons, Stephen C | $ 3,169.24 | $ 1,859.08 |
| 562P | Gurin, Robert J | $ 3,169.24 | $ 1,859.08 |
| 563P | Ditto, Michael J | $ 3,169.24 | $ 1,859.08 |
| 564P | Dalton, Karen | $ 3,169.24 | $ 1,859.08 |
| 565P | GARY RAGSDALE | $ 3,169.24 | $ 1,859.08 |
| 566P | LiCavoli, Graziano T | $ 3,169.24 | $ 1,859.08 |
| 567P | Woloszynski, Ted | $ 3,169.24 | $ 1,859.08 |
| 568P | Ambrose, Anthony | $ 3,169.24 | $ 1,859.08 |
| 569P | Podlich, Clayton | $ 3,169.24 | $ 1,859.08 |
| 570P | Ford, James F Sr | $ 3,169.24 | $ 1,859.08 |
| 571P | RICHARD RAGSDALE | $ 3,169.24 | $ 1,859.08 |
| 572 | RAGO, JOHN | $ 2,674.47 | $ 1,568.85 |
| 573P | TEBEAU, CRAIG | $ 3,169.24 | $ 1,859.08 |
| 576 | Watson, Rebecca | $ 927.93 | $ 544.32 |
| 577P | Charles Willgues | $ 3,169.24 | $ 1,859.08 |
| 578 | Dallas J Hoffman | $ 3,169.24 | $ 1,859.08 |
| 579P | Robert J Ramirez | $ 3,169.24 | $ 1,859.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,428,045.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | JP MORGAN CHASE | $ 21,788.43 | $ 0.00 |
| | JP MORGAN CHASE | $ 5,403.53 | $ 0.00 |
| | JP MORGAN CHASE | $ 1,263.73 | $ 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | $ 2,614.62 | $ 0.00 |
| 5U | Ostaszewski, Peter | $ 5,790.21 | $ 0.00 |
| 9 | ComEd Co | $ 13,341.07 | $ 0.00 |
| 11U | Local 705 IBT Health & Welfare Fund | $ 1,883,250.10 | $ 0.00 |
| 13U | Carrano, Paul T | $ 5,834.15 | $ 0.00 |
| 18U | Bernard, Jr, Bernard J | $ 13,923.54 | $ 0.00 |
| 19 | Columbian Distrubution Svs Inc | $ 72,563.55 | $ 0.00 |
| 20 | IBM Credit LLC | $ 33,222.00 | $ 0.00 |
| 22 | Office Depot Inc | $ 2,226.86 | $ 0.00 |
| 23 | W W Grainger Inc | $ 8,498.43 | $ 0.00 |
| 24 | Simple Distributors LLC | $ 16,430.05 | $ 0.00 |
| 28 | Nelson, Melissa | $ 96,557.50 | $ 0.00 |
| 29 | Ball & Ball Trucking Inc | $ 10,034.19 | $ 0.00 |
| 31 | M L S L LLC | $ 18,346.50 | $ 0.00 |
| 32 | M L S L LLC | $ 18,346.50 | $ 0.00 |
| 34 | Nortec Communications Inc | $ 3,250.00 | $ 0.00 |
| 38 | Cardinal Health 200 Inc | $ 21,250.41 | $ 0.00 |
| 46U | Kevin Gleich | $ 6,027.52 | $ 0.00 |
| 53U | Giampa, Ronald W | $ 1,838.92 | $ 0.00 |
| 59 | Brotherm Hydronic Inc | $ 3,600.00 | $ 0.00 |
| 64 | GRAHAM SHIP BY TRUCK CO | $ 49,920.00 | $ 0.00 |
| 67 | MAYFIELD TRANSFER CO INC | $ 3,314.01 | $ 0.00 |
| 69U | ROSEVILLE T.L. II, LLC | $ 101,550.24 | $ 0.00 |
| 70 | METRO CLEVELAND SECURITY INC | $ 4,160.16 | $ 0.00 |
| 72U | INDIANA DEPARTMENT OF REVENUE | $ 5,767.45 | $ 0.00 |
| 77 | Bell South Telecommunications Icn | $ 803.96 | $ 0.00 |

| | | | |
|---|---|---|---|
| 79 | Illinois Self Insurers Advisory Board | $ 200,000.00 | $ 0.00 |
| 82 | Asset Acquisition Inc | $ 44,493.77 | $ 0.00 |
| 83 | MJM Investigation Inc | $ 681.08 | $ 0.00 |
| 87 | Ohio Bureau of Workers' Compensation | $ 204,479.10 | $ 0.00 |
| 88 | IBM Credit LLC | $ 10,680.00 | $ 0.00 |
| 89 | IBM Credit LLC | $ 8,859.77 | $ 0.00 |
| 91 | Sprint Communications Company LP | $ 12,789.77 | $ 0.00 |
| 93 | West Chicago Bandag | $ 29,720.16 | $ 0.00 |
| 94 | Central States Southeast & Southwest Areas | $ 13,907,192.10 | $ 0.00 |
| 95 | K & R EXPRESS SYSTEMS INC | $ 5,277.50 | $ 0.00 |
| 96 | Sanchez & Daniels | $ 7,860.86 | $ 0.00 |
| 102 | EASTMAN KODAK COMPANY | $ 34,329.00 | $ 0.00 |
| 104 | Hills Properties LLC | $ 2,000.00 | $ 0.00 |
| 105 | CANZONA, JAMES | $ 958.61 | $ 0.00 |
| 106U | DAVIS, AROONRATANA | $ 775.54 | $ 0.00 |
| 108 | Michigan Conference of Teamsters Welfare Fund | $ 15,629.64 | $ 0.00 |
| 109 | EMPIRE LEVEL MFG CO | $ 1,224.76 | $ 0.00 |
| 111 | TEC MATERIAL HANDLING CORP | $ 3,315.60 | $ 0.00 |
| 112 | AMERICAN FLEET SERVICES | $ 2,368.65 | $ 0.00 |
| 113 | AMERICAN SOLUTIONS FOR | $ 8,490.18 | $ 0.00 |
| 114 | AUTO CLUTCH ALL BRAKE | $ 1,593.13 | $ 0.00 |
| 117 | Cummins North Central Inc | $ 904.70 | $ 0.00 |
| 119 | HALL STREET FUEL CENTER | $ 4,877.79 | $ 0.00 |
| 120 | HALO DELIVERY SERVICES INC | $ 4,158.25 | $ 0.00 |
| | INDUSTRIAL ELEC SPLY | | |

| 121 | INCNW4000 | $ | 362.75 | $ | 0.00 |
| 122 | JIMMY ALLEN | $ | 163.10 | $ | 0.00 |
| 123 | KID GLOVE SERVICE | $ | 872.49 | $ | 0.00 |
| 125 | N K HURST COMPANY | $ | 212.06 | $ | 0.00 |
| 126 | NAYLOR AUTOMOTIVE ENG | $ | 4,618.42 | $ | 0.00 |
| 127 | NORTHERN OHIO MOTOR, THE | $ | 135.00 | $ | 0.00 |
| 128 | P & J Delivery Service | $ | 945.70 | $ | 0.00 |
| 129 | ROADREADY TRANSFER SERVICE | $ | 14,783.50 | $ | 0.00 |
| 132U | Weigand, Scott R | $ | 815.78 | $ | 0.00 |
| 135 | ENERTEX ENERGY MARKETING | $ | 5,313.89 | $ | 0.00 |
| 139 | AMERIGUARD INVESTIGATORS & SEC | $ | 6,640.39 | $ | 0.00 |
| 140 | ASU GROUP, THE | $ | 901.38 | $ | 0.00 |
| 141 | KOSTERS CAR KORNER | $ | 265.23 | $ | 0.00 |
| 144 | A D LIFT TRUCK | $ | 356.06 | $ | 0.00 |
| 145 | PIONEER MANUFACTURING CO | $ | 57.60 | $ | 0.00 |
| 146 | S & S EXPRESS INC | $ | 2,385.41 | $ | 0.00 |
| 147 | BUCKEYE TIRE & SERVICE CO | $ | 184.47 | $ | 0.00 |
| 148 | METRO INDUSTRIAL TIRE, | $ | 2,089.90 | $ | 0.00 |
| 150 | S D FREIGHT MGT LTD | $ | 100.00 | $ | 0.00 |
| 151 | YALE ENFORCEMENT SERVICES INC | $ | 8,090.63 | $ | 0.00 |
| 152 | B & H TRUCKING | $ | 14,606.31 | $ | 0.00 |
| 153 | MOBILE DRUG TESTING | $ | 468.00 | $ | 0.00 |
| 154 | Jani King Of Michigan Inc | $ | 309.00 | $ | 0.00 |
| 155 | SIOUX WHOLESALE INC | $ | 58.94 | $ | 0.00 |
| 156U | Paulsen, Peter L | $ | 1,699.01 | $ | 0.00 |
| 157U | Renner, Phillip W | $ | 601.68 | $ | 0.00 |
| 158U | JEFFREY BUKOVATZ | $ | 97.81 | $ | 0.00 |
| 160 | BRENNER'S | $ | 200.00 | $ | 0.00 |

| | | | |
|---|---|---|---|
| 161 | EVANGELICAL PURCHASING SERV | $ 879.59 | $ 0.00 |
| 163 | DSI MEDICAL SERVICES INC | $ 1,316.50 | $ 0.00 |
| 164 | CLASSIC VENDING INC | $ 1,346.10 | $ 0.00 |
| 165 | QUALITY TRUCK CARE CTR INC | $ 670.99 | $ 0.00 |
| 166 | GARY NIEDERT DBA NEIDERT FLP | $ 400.00 | $ 0.00 |
| 167 | BROWN TRANSFER CO | $ 51,485.27 | $ 0.00 |
| 168 | CONSOLIDATED DOORS INC | $ 644.88 | $ 0.00 |
| 169 | Illinois Self Insurers Advisory Board | $ 200,000.00 | $ 0.00 |
| 170 | Elite Staffing Inc | $ 5,700.36 | $ 0.00 |
| 171 | KANSAS TURNPIKE AUTHORITY | $ 133.30 | $ 0.00 |
| 172 | MIDWEST SOUTH CO INC | $ 4,762.05 | $ 0.00 |
| 173 | KINGS TRANSFER INC | $ 2,387.45 | $ 0.00 |
| 174U | ILLINOIS POWER | $ 126.83 | $ 0.00 |
| 176 | WEIGAND, STEVEN | $ 7,959.04 | $ 0.00 |
| 177 | PLEASANT TRUCKING, INC | $ 17,650.00 | $ 0.00 |
| 179U | NELSON, DAVID | $ 358.10 | $ 0.00 |
| 180 | C COLYER & SONS TRUCK | $ 1,464.98 | $ 0.00 |
| 184 | COMERICA LEASING A DIV OF COMERICA BANK | $ 446,129.30 | $ 0.00 |
| 185 | TRI STATE EXPRESS | $ 2,739.88 | $ 0.00 |
| 186U | Teamsters Union Local No 142 Pension Fund | $ 628.91 | $ 0.00 |
| 189 | MOBILE TRUCK AND TRAILER SERVICES | $ 18,464.00 | $ 0.00 |
| 190 | TOWLIFT INC | $ 265.29 | $ 0.00 |
| 191 | BUCKEYE TERMINALS, LTD | $ 88,499.15 | $ 0.00 |
| 193 | BI STATE TIRE | $ 125.00 | $ 0.00 |
| 195 | KRUSE WORLDWIDE COURIER | $ 15,580.52 | $ 0.00 |

| | | | |
|---|---|---|---|
| 196 | LAKESIDE INTL TRUCKS INC | $ 1,311.57 | $ 0.00 |
| 199 | KAYCO INC | $ 4,190.00 | $ 0.00 |
| 201U | FILIPOVICH, MARKO | $ 922.85 | $ 0.00 |
| 202 | N H P SERVICE CO | $ 3,870.37 | $ 0.00 |
| 204 | MIDDLEWEST MOTOR FRT BUREAU | $ 701.96 | $ 0.00 |
| 208 | JANI-KING OF CLEVELAND, INC | $ 734.40 | $ 0.00 |
| 209 | CWSC | $ 1,092.12 | $ 0.00 |
| 211 | Penske Truck Leasing | $ 161.20 | $ 0.00 |
| 212 | BELASCO ELECTRIC | $ 170.00 | $ 0.00 |
| 215 | J D TRUCK SERVICE, INC | $ 517.90 | $ 0.00 |
| 217 | MIDWEST PACKAGING, INC | $ 867.68 | $ 0.00 |
| 218 | TRANSETTLEMENTS | $ 8,450.33 | $ 0.00 |
| 219 | JEVIC | $ 987.27 | $ 0.00 |
| 221 | GRAHAM SHIP BY TRUCK CO | $ 10,375.16 | $ 0.00 |
| 223 | MIDWAY TRUCK PARTS | $ 7,479.11 | $ 0.00 |
| 224 | BETHESDA CARE-SHARONVILLE | $ 168.00 | $ 0.00 |
| 225 | PRICE TRUCK LINES | $ 63,279.40 | $ 0.00 |
| 226U-2 | Kentucky Department of Revenue | $ 10.00 | $ 0.00 |
| 227 | Brotherm Hydronic Inc | $ 3,600.00 | $ 0.00 |
| 228 | TRANSETTLEMENTS | $ 8,450.33 | $ 0.00 |
| 230 | Wingfoot Commercial Tire/Accts Rec | $ 188.00 | $ 0.00 |
| 233 | Hocker, Ronald E | $ 978.88 | $ 0.00 |
| 235 | First Access | $ 2,685.27 | $ 0.00 |
| 237 | MID SOUTH TRANSPORT | $ 91,849.46 | $ 0.00 |
| 239 | SIMPLE DISTRIBUTORS, LLC | $ 16,237.56 | $ 0.00 |
| 240 | SNAP ON TOOLS | $ 181.49 | $ 0.00 |
| 241 | RUMPKE CONTAINER SERVICE INC | $ 227.82 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 242 | BALDWIN TRANSFER CO INC | $ 62,167.97 | $ 0.00 |
| 245 | WAREHOUSE DIRECT | $ 14,688.28 | $ 0.00 |
| 246 | HAZARD EXPRESS | $ 9,081.07 | $ 0.00 |
| 247 | WAYNE F WHITTOW | $ 998.08 | $ 0.00 |
| 248 | TEMPLE TRUCKING SERVICES, INC | $ 10,147.38 | $ 0.00 |
| 249 | BLUE KNIGHT POLICE LTD | $ 4,290.00 | $ 0.00 |
| 250 | TEAMSTERS LOCAL 414 | $ 2,260.00 | $ 0.00 |
| 251 | CLEAR-VU WINDOW CLEANING INC | $ 83.50 | $ 0.00 |
| 254 | Aberdeen Express Inc | $ 4,322.51 | $ 0.00 |
| 255 | Sprint Nextel Corp | $ 1,937.02 | $ 0.00 |
| 256 | Sprint Nextel Corp | $ 1,379.15 | $ 0.00 |
| 257U | Sprint Nextel Corp | $ 1,230.87 | $ 0.00 |
| 258 | Sprint Nextel Corp | $ 2,078.69 | $ 0.00 |
| 259 | Sprint Nextel Corp | $ 1,728.16 | $ 0.00 |
| 260 | Sprint Nextel Corp | $ 1,366.62 | $ 0.00 |
| 261 | Sprint Nextel Corp | $ 643.49 | $ 0.00 |
| 262 | RAY'S TRASH SERVICE INC | $ 129.34 | $ 0.00 |
| 264 | CROSS-MIDWEST TIRE INC | $ 850.23 | $ 0.00 |
| 265 | BOMMARITO INDUSTRIAL SAL | $ 749.00 | $ 0.00 |
| 268 | Victor Nacianceno | $ 365.00 | $ 0.00 |
| 273 | Averitt Express Inc | $ 112.60 | $ 0.00 |
| 275 | WALLER LOGISTICS INC | $ 23,512.68 | $ 0.00 |
| 276 | NORTHWAY CARRIERS INC | $ 56,013.00 | $ 0.00 |
| 277 | American Electric Power | $ 117.57 | $ 0.00 |
| 282 | Cooper Power Systems | $ 1,013.68 | $ 0.00 |
| 283U | Wheeler, Alan P | $ 788.06 | $ 0.00 |
| 284 | Garage Doors of Indianapolis | $ 299.95 | $ 0.00 |
| 285 | SUPER 8 OF TOMAH | $ 1,099.91 | $ 0.00 |
| 289 | M T I | $ 1,083.75 | $ 0.00 |

| | | | |
|---|---|---|---|
| 290 | SUPER 8 PORTAGE | $ 61.88 | $ 0.00 |
| 291 | Garage Doors of Indianapolis | $ 299.95 | $ 0.00 |
| 293 | Brown Cartage Company | $ 15,495.59 | $ 0.00 |
| 294 | C & R TIRE & MECHANICAL SERV | $ 1,301.70 | $ 0.00 |
| 295 | LANDSTAR EXPRESS AMERICA, INC. | $ 1,180.15 | $ 0.00 |
| 296 | Village Green Management | $ 1,050.47 | $ 0.00 |
| 298 | PENNER INTL INC | $ 3,110.03 | $ 0.00 |
| 300 | EDWARD DON & CO | $ 2,547.68 | $ 0.00 |
| 306 | Ostaszewski, Peter | $ 27,846.00 | $ 0.00 |
| 307U | MADIGAN, MICHAEL | $ 5,467.62 | $ 0.00 |
| 308 | AMERICAN FAMILY INS GROUP AS SUBROGEE OF EVE TOPALOGLU | $ 573.80 | $ 0.00 |
| 311 | RGM TRUCKING INC | $ 4,623.55 | $ 0.00 |
| 312 | RODRIGUEZ, ENRIQUE | $ 2,757.00 | $ 0.00 |
| 313 | BES OF OHIO,LLC-DBA MEDGROUP | $ 208.00 | $ 0.00 |
| 317 | Stinnett, Nicholi | $ 300,000.00 | $ 0.00 |
| 321 | QUICK FUEL | $ 12,014.17 | $ 0.00 |
| 322 | Cincinnati Bell Telephone Company | $ 1,677.64 | $ 0.00 |
| 323 | COMBUSTION RESEARCH | $ 1,843.44 | $ 0.00 |
| 324 | HUFFY SPORTS | $ 1,412.42 | $ 0.00 |
| 326U | Andejeski, Gerald | $ 1,827.00 | $ 0.00 |
| 330 | PRUDENTIAL INS CO OF AMERICA | $ 2,971.54 | $ 0.00 |
| 331 | CENTRAL TERMINALS LTD | $ 6,949.11 | $ 0.00 |
| 332U | Local 710 Pension Fund | $ 78,615.40 | $ 0.00 |
| 336U | Department of the Treasury - IRS | $ 37.94 | $ 0.00 |
| 337 | MAJORS TRANSIT INC | $ 9,761.38 | $ 0.00 |
| 339 | SONY COMPUTER ENTERTAINM | $ 61,142.73 | $ 0.00 |
| 340 | Waste Management | $ 2,088.26 | $ 0.00 |

| 341 | Ball & Ball Trucking Inc | $ | 10,034.19 | $ | 0.00 |
|---|---|---|---|---|---|
| 343U | Johnson, Mackie W Sr | $ | 6,593.98 | $ | 0.00 |
| 344U | Pieizynski, Gregg | $ | 5,825.08 | $ | 0.00 |
| 345 | GE Capital Motular Space | $ | 4,286.05 | $ | 0.00 |
| 346 | NAPERVILLE SURGICAL CENTRE | $ | 1,028.26 | $ | 0.00 |
| 347 | MCAREAVEY, ROBERT | $ | 11,776.48 | $ | 0.00 |
| 348 | ROBERT F COLEMAN & ASSOC | $ | 83,131.72 | $ | 0.00 |
| 349U | Smith, Jon S | $ | 5,433.40 | $ | 0.00 |
| 350 | AMG Logistics Consulting | $ | 1,575.41 | $ | 0.00 |
| 351 | Bank One Leasing Corporation | $ | 652,655.51 | $ | 0.00 |
| 352 | ALKCO LIGHTING | $ | 3,200.00 | $ | 0.00 |
| 353U | Brown, Paul D | $ | 1,170.50 | $ | 0.00 |
| 354U | Frederick, Raymond | $ | 3,178.28 | $ | 0.00 |
| 356U | Hall, John D | $ | 2,212.80 | $ | 0.00 |
| 358U | Nash, David G | $ | 2,499.40 | $ | 0.00 |
| 359U | O'Donnell, Daniel P | $ | 8,626.72 | $ | 0.00 |
| 360 | Walters, Brenda | $ | 200,000.00 | $ | 0.00 |
| 361 | D&H TRUCKING CO INC | $ | 16,185.42 | $ | 0.00 |
| 362U | GALASON, RONALD | $ | 973.77 | $ | 0.00 |
| 365U | Mazzuca, Michael R | $ | 11,329.70 | $ | 0.00 |
| 366U | Childress, Delbert A | $ | 5,632.36 | $ | 0.00 |
| 367 | FERRELLGAS | $ | 12,567.31 | $ | 0.00 |
| 368U | Bauser, Joseph John | $ | 10,406.01 | $ | 0.00 |
| 370U | Nicholas Meyers | $ | 2,131.00 | $ | 0.00 |
| 371U | Doyle, Sherry | $ | 1,640.44 | $ | 0.00 |
| 372U | Scott, Ricky A | $ | 1,929.40 | $ | 0.00 |
| 373 | SKOLNIK INDS INC | $ | 195.50 | $ | 0.00 |
| 374U | Dawne Villa | $ | 2,454.00 | $ | 0.00 |
| 375U | Jonathan Berning | $ | 2,505.72 | $ | 0.00 |
| 376U | Heater, Charles B | $ | 9,252.04 | $ | 0.00 |
| 377U | Kenneth F Pavlis Jr | $ | 3,307.90 | $ | 0.00 |
| 378U | Jarrell, David | $ | 2,484.00 | $ | 0.00 |
| 379U | Vangelos, Tony | $ | 11,005.92 | $ | 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 380U | Randy Marciano | $ 8,804.89 | $ 0.00 |
| 381U | TIMOTHY HARTNETT | $ 1,492.44 | $ 0.00 |
| 382U | Mormino, Michael | $ 1,781.56 | $ 0.00 |
| 383U | Russell P Portis | $ 4,267.00 | $ 0.00 |
| 384U | Lang, Daniel J | $ 7,937.00 | $ 0.00 |
| 385 | SBC Midwest Bankruptcy Group | $ 5,195.39 | $ 0.00 |
| 386U | Edwards, GLen | $ 5,359.00 | $ 0.00 |
| 387U | Timothy F Semerau | $ 7,563.30 | $ 0.00 |
| 388U | MASSEY, TIMOTHY | $ 7,058.12 | $ 0.00 |
| 389U | Victoria Marek | $ 4,447.00 | $ 0.00 |
| 390U | Adela L Kraus | $ 2,439.52 | $ 0.00 |
| 391U | EDWARD SMITH | $ 25,836.84 | $ 0.00 |
| 392U | Robin Miller | $ 10,014.12 | $ 0.00 |
| 393U | Weigand, Walter | $ 7,691.39 | $ 0.00 |
| 394U | Feldman, Brian | $ 5,123.36 | $ 0.00 |
| 395U | Joseph Franczyk | $ 5,410.75 | $ 0.00 |
| 396U | SCOTT KOZICKI | $ 3,399.40 | $ 0.00 |
| 397U | YATES, STEVEN | $ 9,448.06 | $ 0.00 |
| 398U | Weller, Gerald | $ 2,713.28 | $ 0.00 |
| 399U | DONALD W ZWADE | $ 11,297.46 | $ 0.00 |
| 400U | Shear, Charles T | $ 9,476.54 | $ 0.00 |
| 401U | Wheeler, Phil E | $ 8,277.68 | $ 0.00 |
| 402U | Uhl, John | $ 8,054.32 | $ 0.00 |
| 403U | AL GOSS | $ 5,075.00 | $ 0.00 |
| 404U | Giusti, Joseph | $ 4,867.00 | $ 0.00 |
| 405U | Verburg, Gary | $ 3,149.57 | $ 0.00 |
| 406U | Oblazny, Gerard | $ 7,255.00 | $ 0.00 |
| 407U | MOORE, WILLIE | $ 5,558.00 | $ 0.00 |
| 408U | McEvoy, Ivan | $ 6,733.21 | $ 0.00 |
| 410U | Jack Matson | $ 7,581.54 | $ 0.00 |
| 411U | LAWRENCE, RICK | $ 5,075.00 | $ 0.00 |
| 412U | Charles A Michael | $ 9,296.77 | $ 0.00 |
| 413U | Buchanan, Mark | $ 7,233.48 | $ 0.00 |
| 414 | MICHAEL WYSOCKI | $ 17,310.32 | $ 0.00 |

| 415U | David J Decker | $ 4,244.28 | $ 0.00 |
|------|----------------|-----------|--------|
| 416U | Marvin John Rodriquez | $ 6,593.89 | $ 0.00 |
| 417U | Darrell Couch | $ 7,046.68 | $ 0.00 |
| 418U | Smith, Ty R | $ 2,803.86 | $ 0.00 |
| 419U | Patrick D McCabe | $ 1,699.00 | $ 0.00 |
| 420U | Charles W Warning | $ 5,207.80 | $ 0.00 |
| 421U | Wolfgram, Daniel | $ 6,675.00 | $ 0.00 |
| 422U | Jagodzinski, Edward | $ 4,725.64 | $ 0.00 |
| 423U | Mateo, Noel A | $ 2,674.60 | $ 0.00 |
| 424U | Hiram Torres | $ 3,747.75 | $ 0.00 |
| 425U | KLUSACEK, DAVID | $ 13,942.92 | $ 0.00 |
| 426U | EDWARD J Swan | $ 7,696.87 | $ 0.00 |
| 427U | Terrance Lamar Nickson | $ 4,766.20 | $ 0.00 |
| 428U | Thomas Stahl | $ 10,823.06 | $ 0.00 |
| 429U | Longacre, Timothy | $ 2,476.94 | $ 0.00 |
| 430U | Mark T Busseni | $ 7,761.37 | $ 0.00 |
| 432U | Todd Moore Sr | $ 7,302.40 | $ 0.00 |
| 434U | Daniel C McPherson | $ 6,249.30 | $ 0.00 |
| 436U | Mayer, Wayne G | $ 5,360.00 | $ 0.00 |
| 437U | Larry Bireley | $ 6,960.00 | $ 0.00 |
| 438U | Frye, Randy | $ 6,855.59 | $ 0.00 |
| 439U | Mark W Behling | $ 3,228.71 | $ 0.00 |
| 440U | Brian Kip Wilson | $ 12,750.77 | $ 0.00 |
| 441U | Mario Galvan | $ 4,242.00 | $ 0.00 |
| 442 | DUANE T STREAUFERT | $ 9,767.56 | $ 0.00 |
| 443U | Thomas Gartner | $ 8,225.68 | $ 0.00 |
| 444U | Vance Arnold | $ 4,847.80 | $ 0.00 |
| 445U | Michael S Wozney | $ 3,748.36 | $ 0.00 |
| 447U | Arnold, Kenneth J | $ 4,847.80 | $ 0.00 |
| 448U | TODD COLLMAN | $ 6,275.00 | $ 0.00 |
| 449 | BEHUN, PAUL | $ 6,305.40 | $ 0.00 |
| 450U | Mary F Furlong | $ 4,454.20 | $ 0.00 |
| 451U | Kowaleski, Jodi | $ 7,675.00 | $ 0.00 |
| 452 | WOW Internet & Cable | $ 103.83 | $ 0.00 |
| 453U | DOLLE, MARK | $ 5,299.00 | $ 0.00 |

| 454U | Gillespie, Larry Allen | $ | 7,044.10 | $ | 0.00 |
|------|------------------------|---|----------|---|------|
| 455 | ENZENBACKER, K | $ | 7,669.00 | $ | 0.00 |
| 456U | Thomas R Jost | $ | 8,075.00 | $ | 0.00 |
| 457U | Draper, Vince | $ | 7,763.68 | $ | 0.00 |
| 458U | Karen P Mysliwiec | $ | 8,981.23 | $ | 0.00 |
| 459U | Ronald D Essenprias | $ | 6,407.40 | $ | 0.00 |
| 460U | Michael R Carroll | $ | 2,603.52 | $ | 0.00 |
| 461U | Jindra, Thomas J | $ | 7,555.00 | $ | 0.00 |
| 462U | Duttko, Kenneth | $ | 8,675.00 | $ | 0.00 |
| 463U | BRIAN CLARK | $ | 20,065.00 | $ | 0.00 |
| 464U | Morrison, Thomas Kenneth | $ | 6,882.15 | $ | 0.00 |
| 465U | HERBERT, JAMES | $ | 8,395.10 | $ | 0.00 |
| 467U | Gruszczynski, Donald | $ | 5,816.50 | $ | 0.00 |
| 468U | Michael S Getty | $ | 4,468.00 | $ | 0.00 |
| 469U | MICHAEL GETCH | $ | 4,891.00 | $ | 0.00 |
| 470U | JOHN MCCARTHY | $ | 6,317.50 | $ | 0.00 |
| 471U | ROBIN GOLDMAN | $ | 8,715.08 | $ | 0.00 |
| 472U | Jerry Arnold | $ | 3,491.20 | $ | 0.00 |
| 473U | Teamsters National Freight Industry | $ | 3,944,751.75 | $ | 0.00 |
| 474U | CHRISTINE EGBERT | $ | 9,041.34 | $ | 0.00 |
| 475U | Brian Paulson | $ | 12,822.80 | $ | 0.00 |
| 476U | Thomas Mertz | $ | 14,079.31 | $ | 0.00 |
| 477U | Cole, David | $ | 9,535.00 | $ | 0.00 |
| 478U | Garza, Adrian | $ | 6,432.60 | $ | 0.00 |
| 479U | Kenneth F Wich Jr | $ | 4,467.58 | $ | 0.00 |
| 480U | Lucas, Stephen H | $ | 4,531.00 | $ | 0.00 |
| 481U | Samuel Reed | $ | 8,842.60 | $ | 0.00 |
| 482U | Lund, Gary R | $ | 7,169.65 | $ | 0.00 |
| 483U | Banas, John | $ | 7,233.40 | $ | 0.00 |
| 484U | Leonhardt, James | $ | 4,963.00 | $ | 0.00 |
| 485U | BIESE, JAMES E | $ | 7,475.00 | $ | 0.00 |
| 486U | James D Kelly | $ | 7,633.12 | $ | 0.00 |
| 487U | Burts, Clence Jr | $ | 1,167.20 | $ | 0.00 |
| 488U | Carlborg, Timothy R | $ | 7,755.00 | $ | 0.00 |

| | | | |
|---|---|---|---|
| 489U | LEHR, DAVE | $ 7,028.62 | $ 0.00 |
| 490U | WALTER RICHARDSON | $ 6,607.94 | $ 0.00 |
| 491U | Cloyd Moyer | $ 5,277.15 | $ 0.00 |
| 492U | Falash Jr, Richard E | $ 5,915.86 | $ 0.00 |
| 493U | PLATZER, BRUCE | $ 4,232.26 | $ 0.00 |
| 494U | Michael P Stachurski | $ 2,505.72 | $ 0.00 |
| 495U | Wilks, Nick | $ 2,000.00 | $ 0.00 |
| 495U | Wilks, Nick | $ 1,013.51 | $ 0.00 |
| 496U | Dunfee, Marc A | $ 4,007.00 | $ 0.00 |
| 497U | John Kunze | $ 2,895.56 | $ 0.00 |
| 498 | LANER MUCHIN DOMBROW | $ 102,406.86 | $ 0.00 |
| 499U | Stepka, Joseph Michael | $ 5,743.64 | $ 0.00 |
| 500U | Vollman D Robert | $ 8,736.56 | $ 0.00 |
| 501U | Enrique C. Frausto | $ 4,244.00 | $ 0.00 |
| 502U | Terry T. Sharon | $ 3,300.44 | $ 0.00 |
| 503U | Schemmer, Susan R | $ 9,458.00 | $ 0.00 |
| 504U | HOMYAK, DANIEL | $ 6,075.00 | $ 0.00 |
| 505U | Fisher, Sam E | $ 6,041.49 | $ 0.00 |
| 506U | Wade Klaffer | $ 5,816.96 | $ 0.00 |
| 507U | Stribling, Kenneth W | $ 3,319.00 | $ 0.00 |
| 508U | Rynkus, Robert E | $ 4,616.72 | $ 0.00 |
| 509U | Deerr, Ronald C | $ 3,106.60 | $ 0.00 |
| 510U | Bruce D. Pardue | $ 6,737.20 | $ 0.00 |
| 511 | LANER MUCHIN DOMBROW | $ 102,406.86 | $ 0.00 |
| 512U | ESTRADA, GLEN | $ 4,963.00 | $ 0.00 |
| 513U | Hanley, Steven | $ 6,625.00 | $ 0.00 |
| 514U | EDWARD LEITELT | $ 5,292.24 | $ 0.00 |
| 515U | Anderson, Randall Sr | $ 5,870.20 | $ 0.00 |
| 516U | Fraser, Robert G Jr | $ 2,255.80 | $ 0.00 |
| 517U | Halvorsen, Gary | $ 2,142.18 | $ 0.00 |
| 520U | Falvey, Dennis | $ 8,826.21 | $ 0.00 |
| 521U | Gamino, Arthur | $ 5,400.00 | $ 0.00 |
| 522U | Durkin, Thomas | $ 4,963.00 | $ 0.00 |

| | | | |
|---|---|---|---|
| 525U | Byron, Timothy | $ 898.40 | $ 0.00 |
| 527U | Sotir, Michael | $ 12,851.04 | $ 0.00 |
| 528U | Thompson, Edward | $ 5,775.00 | $ 0.00 |
| 529U | Bloom, Charles | $ 753.32 | $ 0.00 |
| 530U | Kolar, Kenneth | $ 1,602.31 | $ 0.00 |
| 532 | Automobile Mechanical Local 701 | $ 118,608.24 | $ 0.00 |
| 533U | HOLLICK, JOHN E | $ 4,245.18 | $ 0.00 |
| 534U | Ecklund, Kathleen | $ 3,295.00 | $ 0.00 |
| 537 | Cooper Spector & Weil Co LPA | $ 5,400.00 | $ 0.00 |
| 538 | THE K COMPANY INC | $ 185.00 | $ 0.00 |
| 539 | Sensormatic Electornics Corp | $ 641.33 | $ 0.00 |
| 541U | Smith, Michael | $ 3,790.96 | $ 0.00 |
| 545U | Matlock, Donald | $ 4,996.70 | $ 0.00 |
| 546U | ELSINGER, DALE | $ 8,055.67 | $ 0.00 |
| 547U | Koenen, Benjamin David | $ 9,034.60 | $ 0.00 |
| 548U | Pyzik, Timohy R Sr | $ 3,369.40 | $ 0.00 |
| 549U | Salgado, Ponciano | $ 6,866.20 | $ 0.00 |
| 550U | Schmidt, James E | $ 6,907.00 | $ 0.00 |
| 551U | Storm, Frank E | $ 6,500.40 | $ 0.00 |
| 552U | Crawford, Bernard | $ 5,011.00 | $ 0.00 |
| 553U | Jankowski, Leon J | $ 2,502.00 | $ 0.00 |
| 554U | DiCristina, Michael | $ 3,575.00 | $ 0.00 |
| 555U | Daly, Steven | $ 3,747.00 | $ 0.00 |
| 556U | Lattin, Robert M | $ 9,591.68 | $ 0.00 |
| 557U | Cortez, Paul | $ 12,871.32 | $ 0.00 |
| 558U | Gentry, John | $ 5,530.02 | $ 0.00 |
| 559U | Behrend, David E | $ 7,798.15 | $ 0.00 |
| 560U | Jones, Harry | $ 6,793.00 | $ 0.00 |
| 561U | Simmons, Stephen C | $ 3,930.14 | $ 0.00 |
| 562U | Gurin, Robert J | $ 9,015.00 | $ 0.00 |
| 563U | Ditto, Michael J | $ 2,235.15 | $ 0.00 |
| 564U | Dalton, Karen | $ 3,309.50 | $ 0.00 |
| 565U | GARY RAGSDALE | $ 5,975.94 | $ 0.00 |

| | | | |
|---|---|---|---|
| 566U | LiCavoli, Graziano T | $ 4,663.00 | $ 0.00 |
| 567U | Woloszynski, Ted | $ 4,121.32 | $ 0.00 |
| 568U | Ambrose, Anthony | $ 10,435.00 | $ 0.00 |
| 569U | Podlich, Clayton | $ 7,125.94 | $ 0.00 |
| 570U | Ford, James F Sr | $ 13,040.00 | $ 0.00 |
| 571U | RICHARD RAGSDALE | $ 7,339.00 | $ 0.00 |
| 573U | TEBEAU, CRAIG | $ 2,748.60 | $ 0.00 |
| 577U | Charles Willgues | $ 3,732.75 | $ 0.00 |
| 579U | Robert J Ramirez | $ 1,443.00 | $ 0.00 |
| 580 | V & S Transportation | $ 127,634.22 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 59,237.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 526 | PROGUARD SECURITY SERVICES INC | $ 6,916.50 | $ 0.00 |
| 574 | RBX INC | $ 9,769.80 | $ 0.00 |
| 575 | WEST BEND TRANSIT & SERV CO | $ 11,328.74 | $ 0.00 |
| 581 | Sprint Nextel Corp | $ 31,222.58 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-NFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.


Prepared By:    /s/DAVID GROCHOCINSKI, TRUSTEE
                                    Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**