## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Judge Squires |
| K&R EXPRESS SYSTEMS, INC., | ) | Case No. 04 B 15074 |
| | ) | Hearing Date: June 25, 2010 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

### ORDER OVERRULING OBJECTION TO FINAL REPORT

This matter having come on for hearing with reference to the Final Report (the "Report") of David E. Grochocinski, the chapter 7 trustee (the "Trustee") for the estate of K&R Express Systems, Inc. (the "Debtor"), an objection to the Report having been filed by Duane Corley ("Corley"), the Trustee having filed a response, and the Court being fully advised in the premises,

IT IS ORDERED:

1.    Corley's objection to the Trustee's Report is hereby overruled.


Dated: ~~June 23, 2010~~

**JUN 25 2010**

ENTER:

_____
U.S. Bankruptcy Judge


*Order prepared by*:

Richard M. Fogel (#03127114)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312) 276-1334
Attorneys for the Trustee


{4585 ORD A0265453.DOC}