# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| K&R Express Systems, Inc. | ) | Bankruptcy Case No. 04B-15074 |
| | ) | Leading Case No. |
| | ) | |
| Debtor | ) | |

## NOTICE OF HEARING

To: Chief Civil Division  
    U.S. Attorney's Office  
    219 S. Dearborn Street  
    Chicago, Illinois 60604  

Mr. Kenneth S. Gardner, Clerk  
Attention: Financial Administrator  
219 S. Dearborn Street  
Chicago, Illinois 60604  

United States Trustee  
219 South Dearborn Street, Suite 873  
Chicago, Illinois 60604  

Trustee: David E Grochocinski  
1900 Ravinia Place  
Orland Park, IL 60462  

Please take notice that on October 1, 2014 at 10:00 A.M. (please select a date at least ten (10) business days from the date of mailing this notice) I shall bring the above motion on for hearing before Judge Bruce Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

                                              /s/ David R. Herzog    .  
                                              David R. Herzog  
                                              Attorney for Donald Matlock

## CERTIFICATION

      I, David R. Herzog, Attorney for Donald Matlock, claimant, certify that the statements in the foregoing motion are true and correct.

      I further certify that the motion and notice of hearing were served on the person to whom notice is given by depositing copies in envelopes address to them with proper postage in the United States mail on September 5, 2014

                                                /s/ David R. Herzog    .  
                                              David R. Herzog  
                                              Attorney for Donald Matlock

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In Re: )
)
   K&R Express Systems, Inc. ) Bankruptcy Case No. 04B-15074
) Leading Case No.
)
Debtor )

## Motion to Withdraw Money
### Under 28 U.S.C. § 2042

Donald Matlock, (the "claimant"), by and through its attorney David R. Herzog of Herzog & Schwartz, PC, moves this Court to order the withdrawal of moneys on deposit for the estate in the name of Donald Matlock, creditor, and the payment of these moneys to claimant and in support of this motion states:

1. On 06/14/2011, the trustee of this estate deposited the sum of $1,124.54 belonging to the creditor with the Clerk of Court.

2. *(Please cross out the subparagraph that does not apply)* certify that the

    A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

    B. ~~The claimant is not the creditor but is entitled to payment of these moneys because~~ *(please state the basis for your claim to the moneys)*

    _____
    _____

*(Please attach a copy of any supporting document).*

3. The creditor did not receive the initial dividend check in the above case for the following reason:

<u>The original dividend check was sent to a Donald Matlock at 2202 Country Club Dr., Woodridge, IL 60517. That address is no longer valid. The change of address may have prevented the delivery of the original dividend check.</u>

4. The creditor's current mailing address and phone number is:

>Donald Matlock
>785 Oakleaf Plantation Pkwy, Unit 1924
>Orange Park, FL  32065-3527
>630-479-5730

5. Dilks & Knopik, LLC, whose tax identification number is 74-3049851, is the Attorney-in-fact for Donald Matlock, as evidenced by the attached Power of Attorney.

Dated: September 5, 2014              /s/ David R. Herzog_____
                                    David R. Herzog, Attorney at Law
                                    Herzog & Schwartz, PC
                                    77 W. Washington St., Ste 1717
                                    Chicago, IL 60602
                                    (312) 977-1600

---

(i)   If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii)  If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)  If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement
(v)   Attach other documents showing entitlement should none of the foregoing apply.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
_____ Division

|  |  |
|---|---|
| RE: K&R Express Systems, Inc.<br><br>Debtor(s) | Case: 04B-15074<br><br>**AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**LIMITED TO ONE TRANSACTION** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Donald Matlock** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,124.54** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____        _3-18-2014_____, 20____
Donald Matlock                                                              Date

Tax ID: XXX-XX-_1770_

### ACKNOWLEDGMENT

STATE OF _Florida_ )                                    COUNTY OF _Duval_ )

On this _18_ day of _March_, _2014_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Donald Matlock_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at _7301 Baymeadows Way_

My Commission expires _Feb 16 2016_

MATTHEW MCGAW
Notary Public - State of Florida
My Comm. Expires Feb 16, 2016
Commission # EE 170522



# CHASE ◯

JPMorgan Chase Bank, N.A.
Illinois Market
P.O. Box 260180
Baton Rouge, LA 70826-0180

January 07, 2006 through February 06, 2006

Account Number: █████████

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.BankOne.com |
| Service Center: | 1-877-226-5663 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-888-226-5663 |

00002972 DDA 111 KB 3806 - NNN T 1 000000000 04
DONALD E MATLOCK
2202 COUNTRY CLUB DR
WOODRIDGE IL 60517-3029

PLEASE NOTE: BEGINNING 03/11/2006, THE FEE CHARGED TO YOUR ACCOUNT IF AN ITEM PRESENTED AGAINST YOUR ACCOUNT IS RETURNED UNPAID WILL NOW APPEAR ON YOUR STATEMENT AS A "RETURNED ITEM FEE". THE AMOUNT OF THE FEE REMAINS $32.

BANKONE.COM WILL HAVE A NEW HOME AT JPMORGAN.COM/PRIVATECLIENT ON 3/26/06. THE FIRST TIME YOU LOG ON, YOU WILL NEED TO ACCEPT TWO ONLINE AGREEMENTS: THE E-SIGN DISCLOSURE AND CONSENT AND THE ONLINE SERVICE AGREEMENT. TO VIEW THE DOCUMENTS, LOG ON TO WWW.CHASE.COM/COMMUNICATION AND WWW.CHASE.COM/AGREE.

## CHECKING SUMMARY | Bank One At Work Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | ███████ |
| Deposits and Additions | ███████ |
| Checks Paid | ███████ |
| ATM & Debit Card Withdrawals | ███████ |
| Electronic Withdrawals | ███████ |
| **Ending Balance** | ███████ |
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2005 for account 000505020135339 is ███████.

Your monthly service fee was waived because you maintained a positive minimum balance during the statement period and had Direct Deposit activity.

This message confirms that you have overdraft protection on your checking account.

| Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) | | 2005 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number | 1 Wages, Tips, other comp. ▓▓▓ | 2 Federal Income tax withheld ▓▓▓ | |
| b Employer ID number ▓▓▓ | 3 Social security wages ▓▓▓ | 4 Social security tax withheld ▓▓▓ | |
| | 5 Medicare wages and tips ▓▓▓ | 6 Medicare tax withheld ▓▓▓ | |

c Employer's name, address, and ZIP code

USF HOLLAND INC.
750 EAST 40TH STREET
HOLLAND MI 49423

d Employee's social security number 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

e Employee's name, address, and ZIP code

DONALD MATLOCK
2202 COUNTRY CLUB DRIVE
WOODRIDGE IL 60517

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State IL | Empl.'s state I.D. # ▓▓▓ | 16 State wages, tips, etc. ▓▓▓ | 17 State income tax ▓▓▓ |
|---|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement     41-1628061     Dept. of the Treasury- IRS