UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
_____ Division

|  |  |
|---|---|
| RE: K&R Express Systems, Inc.<br><br>Debtor(s) | Case: 04B-15074<br><br>**AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**LIMITED TO ONE TRANSACTION** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Ivan McEvoy** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,124.54** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____          9-6-14 , 2014
Ivan McEvoy                                  Date
Tax ID: XXX-XX-6480

### ACKNOWLEDGMENT

STATE OF Missouri )                 COUNTY OF Cass )

On this 6 day of September, 2014, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Ivan McEvoy _____ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Jessica L. Denson

Residing at Commerce Bank

My Commission expires May 20, 2018

JESSICA DENSON
Notary Public - Notary Seal
STATE OF MISSOURI
Cass County
My Commission Expires May. 20, 2018
Commission # 14618214

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 25 2014
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA