UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  04-15074 |
| K&R Express Systems, Inc. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO WITHDRAW UNCLAIMED FUNDS

     IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,124.54 to Donald Matlock, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 1770
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Donald Matlock, 35308 SE Center Street, Snoqualmie, WA 98065

Enter:

*Bruce W. Black*

Honorable Bruce W. Black

Dated:  October 01, 2014    United States Bankruptcy Judge

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600